**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HERNAN DE JESUS CANON
VERGARA,

                    Petitioner,

v.                                             Case No. 6:16-cv-1215-Orl-37TBS

LENNY MAYARITH LOPEZ MEDINA,

                    Respondent.

_____

**ORDER**

This cause is before the Court on the following:

1.      The Verified Petition for the Return of Minor Children Pursuant to International Treaty and Federal Statute and Request for Issuance of Show Cause Order (Doc. 1), filed July 5, 2016; and

2.      Respondent's Answer (Doc. 13), filed July 18, 2016.

On July 20, 2016, the Court heard arguments from the parties and received evidence at a hearing on Hernan de Jesus Canon Vergara's Verified Petition for the Return of Minor Children [("**Children**")] Pursuant to International Treaty and Federal Statute and Request for Issuance of Show Cause Order (Doc. 1 ("**Petition**")). The Court recited its findings of fact from the bench.

In pertinent part, the Court found that: (1) Petitioner met his burden of establishing by a preponderance of the evidence that (a) Colombia is the Children's habitual residence, (b) Respondent wrongfully removed the Children from Colombia, and (c) at the time of the removal, Petitioner had custody rights under Colombian law and was exercising those custody rights; and (2) Respondent failed to establish by clear and

convincing evidence that the Children would be exposed to a grave risk of physical or psychological harm if they were returned to Colombia and otherwise failed to establish a defense to the Petition by a preponderance of the evidence. In light of these findings, the Court granted the Petition.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1.  Petitioner's Verified Petition for the Return of Minor Children Pursuant to International Treaty and Federal Statute and Request for Issuance of Show Cause Order (Doc. 1) is **GRANTED**.

2.  The previously imposed Temporary Restraining Order is **CONVERTED** to a permanent injunction.[1] The Children are to return to Colombia with Petitioner.

3.  The U.S. Marshall Service is **DIRECTED** to: (1) return Respondent's passport and travel documents to Respondent; and (2) return the Children's passports and travel documents to Petitioner.

4.  This order does not alter or amend any custodial rights or obligations of the parties established pursuant to Columbian law by prior order or agreement.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 21, 2016.

---

[1] The Court previously granted Petitioner's Emergency *Ex Parte* Motion for Temporary Restraining Order, Expedited Hearings and Order Directing Respondent to Immediately Appear with Children with Incorporated Memorandum of Law (Doc. 5) and required that the Children remain with Petitioner pending resolution of the Petition. (*See* Docs. 6, 10.)



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

*Pro Se* Party